[Criminal No. 939. Filed December 13, 1943.]

[143 Pac. (2) 884.]

THE STATE OF ARIZONA, Appellant, v. C. B. WALLER, doing business as Correct Cooler Air Manufacturing Company, Appellee.

Mr. Joe Conway, Attorney General, Mr. Thomas J. Croaff, Assistant Attorney General, Mr. Harold R. Scoville, County Attorney, and Mr. J. V. McCrory, Deputy County Attorney, for Appellant.

Messrs. Hill, Robert & Hill and Mr. Walter J. Thalheimer, for Appellee.

PER CURIAM.—This case involves the same legal points as those in *State* v. *Ikeda, ante,* p. 41, 143 Pac. (2d) 880, just decided, and is controlled by the decision in that case.

Judgment affirmed.

ROSS and STANFORD, JJ., and WM. G. HALL, Superior Judge, concur.

Note: Because of the illness of Chief Justice Mc-ALISTER, the Honorable WM. G. HALL, Judge of the Superior Court of Pima County, was called in to sit in his place and stead.